JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., | Case No. 5:21-cv-00084-JWH-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1       It is the judgment of this Court that the Social Security Commissioner's
2 decision is **REVERSED** and this case is **REMANDED** to the Social Security
3 Administration for further proceedings consistent with this Court's Order.
4       **IT IS SO ORDERED.**

6 DATED: April 10, 2023

          HONORABLE JOHN W. HOLCOMB
          United States District Judge